IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 06 C 5858 |
| FRESH AIRE, INC., an Illinois corporation, a/k/a FRESH AIRE TEST AND BALANCING, a/k/a FAI, | ) ) ) ) | JUDGE GEORGE M. MAROVICH |
| Defendant. | ) ) | |

**<u>MOTION FOR ENTRY OF JUDGMENT</u>**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on December 19, 2006, request this Court enter judgment against Defendant, FRESH AIRE, INC., an Illinois corporation, a/k/a FRESH AIRE TEST AND BALANCING, a/k/a FAI. In support of that Motion, Plaintiffs state:

1. On December 19, 2006, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for August 2006 through November 2006 within 14 days of the entry of the Order. The Court also retained jurisdiction to enforce the December 19, 2006 Order.

2. On February 1, 2007, Plaintiffs' counsel received a facsimile from Defendant attaching copies of the company's monthly fringe benefit contribution reports for September 2006 through December 2006. The contribution reports show that the Defendant was not delinquent in contributions to the Funds for that time period. (See Affidavit of Scott P. Wille).

3. However, for the time period May 2006 through August 2006, Defendant remitted fringe benefit contribution reports that show Defendant is delinquent in contributions to the Funds as follows:

|  | Contributions |
|---|---|
| Welfare Fund | $10,123.25 |
| Pension Fund | $ 5,675.53 |
| Supplemental Retirement | $ 5,501.24 |
| Educational Fund | $ 916.09 |
| Industry Fund | $ 238.96 |
| Savings Fund | $ 1,174.92 |
| Dues | $ 29.87 |

4. Additionally, the following amounts are due for liquidated damages for the contribution months of May 2006 through August 206 (Wille Aff. Par. 5):

|  | Liquidated Damages |
|---|---|
| Welfare Fund | $1,012.33 |
| Pension Fund | $ 567.55 |
| Supplemental Retirement | $ 550.12 |
| Educational Fund | $ 91.61 |
| Industry Fund | $ 23.90 |
| Savings Fund | $ 117.49 |
| Dues | $ 2.99 |

5. In addition, Plaintiffs' firm has expended the total amount of $1,593.75 in attorneys' fees and $490.00 in costs in this matter. (See Affidavit of Catherine M. Chapman).

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $28,109.60.

/s/   Beverly P. Alfon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of February 2007:

        Mr. William L. Niehoff, Registered Agent
        Fresh Aire, Inc.
        4632 138th Street
        Crestwood, IL 60445

                /s/ Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\FAI\motion-judgment.bpa.df.wpd